No. 70–5361. CALLAHAN ET AL. *v.* SLAYTON, PENITENTIARY SUPERINTENDENT, ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. 

No. 71–5052. GINSBERG *v.* LEVITT, COMPTROLLER OF NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. 

No. 71–5275. ROBINSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. 

No. 71–5287. CROUCH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. 

No. 70–176. ROSENSPAN *v.* UNITED STATES, *ante,* p. 864. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.

No. 70–5235. DORROUGH *v.* TEXAS, *ante,* p. 840;

No. 70–5253. CRACKENBERGER *v.* UNITED STATES, *ante,* p. 841;

No. 70–5367. MORALES *v.* UNITED STATES, *ante,* p. 873; and

No. 71–5012. MCDUFFIE *v.* UNITED STATES, *ante,* p. 859. Motions for leave to file petitions for rehearing denied.

No. 70–5153. THERIAULT *v.* UNITED STATES, *ante,* p. 869. Motion for leave to file petition for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.